# United States District Court
# For The Western District of North Carolina
# Statesville Division

RICHARD LEN TAYLOR, JR.,

       Petitioner,                    JUDGMENT IN A CIVIL CASE

vs.                                      CASE NO. 5:12CV43-2-V

UNITED STATES OF AMERICA,

       Respondent.

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 9, 2012, Order.

                                              Signed: October 9, 2012

                                              Frank G. Johns, Clerk
                                              United States District Court